UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-80784-CV-MIDDLEBROOKS/Matthewman

UBS FINANCIAL SERVICES, INC.,

    Plaintiff,

v.

KARIM MASKATIYA et al.,

    Defendant.

_____/

### ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the Court on a Report and Recommendation issued by Magistrate Judge William Matthewman (the "Report") on January 18, 2023. (DE 26). The Report recommends that Respondents' Motion to Dismiss Petitioner's Claim for Attorneys' Fees ("Motion") (DE 15) be granted and that Petitioner's petition be dismissed to the extent that it seeks sanctions of an award of its attorneys' fees and costs incurred in arbitration. The Report also recommends, as there is no apparent dispute between the Parties that the Arbitration Award be confirmed, that I confirm the Arbitration Award.

The deadline to file objections to the Report elapsed on February 1, 2023. No objections have been made to date. After a careful review of Judge Matthewman's Report and the record as a whole in this case, I agree with the Report's recommendations.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that:

(1) Magistrate Judge Matthewman's Report and Recommendation (DE 26) is **ADOPTED**.

(2) Respondents' Motion to Dismiss Petitioner's Claim for Attorney's Fees (DE 15) is **GRANTED**.

(3) Petitioner's Petition to Confirm Arbitration Award and for Attorney's Fees (DE 1) is **DISMISSED IN PART.** To the extent that the Petitioner sought sanctions in the form of an award of its attorney's fees and costs incurred in arbitration, the Petition is dismissed. The Arbitration award is otherwise confirmed.

(4) The Clerk of the Court shall **CLOSE THIS CASE** in this District.

**SIGNED** in Chambers in West Palm Beach, Florida, this __9__ day of February, 2023.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE